FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 20 AM 8:56

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANDREW MITSCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-44 |
| | ) | |
| JAMES DONALD, WILLIAM AMIDEO, JOHN DOE, YOLANDA K. JOHNSON, FNU THOMAS, and FNU MITCHELL, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, a prisoner confined at Calhoun State Prison in Morgan, Georgia, filed a complaint under Title 42, United States Code, Section 1983 in the Augusta Division of the United States District Court for the Southern District of Georgia. His complaint raises allegations against James Donald, the Commissioner for the Georgia Department of Corrections, and other Department of Corrections employees. Defendants reside in the Atlanta Division of the Northern District of Georgia. Accordingly, the proper venue for this action is in the Atlanta Division of the Northern District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears

that the case should have been filed in the Northern District of Georgia, transfer to that district is appropriate.

Therefore, it is **HEREBY ORDERED** that the above-captioned case is **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Atlanta Division, for further consideration. The Clerk of Court is **DIRECTED** to immediately forward the file to that district.

SO ORDERED this 20th day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE